**EXHIBIT A**

9-Sep-2013  17:11  <13077337565>  p.1



To Whom It May Concern:

Re: Subcontracting Offer

Am-Med is seeking subcontracting arrangements with qualified DME providers nationwide to service CBA patients receiving Home Oxygen, CPAP and BIPAP equipment, Basic Power and Manual Mobility.

Per Medicare guidelines, The Supplier Standards limit Medicare-enrolled suppliers' subcontracting arrangements to: 1) purchase of inventory; 2) delivery and instruction on the use of Medicare-covered items; and 3) maintenance and repair of rented equipment.

In addition, any subcontractor interested in participating in our network must meet and remain in compliance with the (30) Medicare Supplier standards, including but not limited to: (1) Valid Accreditation per the items specified in the subcontracting agreement (2) a valid PTAN in good standing with the Centers for Medicare and Medicaid Services, (3) a surety bond and (4) a $1,000,000 Commercial and Professional Liability Insurance naming Am-Med Diabetic Supplies Inc. as certificate holder

Prior to implementation of a subcontract we would require credentialing indicating your company is in compliance with all Medicare supplier standards and guidelines.

If you are interesting in participating in our subcontracting network please email me at kshirts@beyondmedicalusa.com with details on what CBA areas your company has the ability to service, the products you are accredited to provide, and the name of your accrediting body and the expiration of your accreditation. If you have additional questions please contact me directly at 561-900-3558, if I am not available you can contact David Soblick at 561-900-3548.

We look forward to your participation in our subcontracting network.

Thank you

Karin Shirts

Am-Med Diabetic Supplies, Inc. dba. Beyond Medical USA
5180 W. Atlantic Ave. | Suite 107 | Delray Beach, FL 33484
P: 561-900-3558 F: 855-679-6983 Email: kshirts@beyondmedicalusa.com