# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| PROGRESSIVE HEALTH AND REHAB CORP., an Ohio corporation, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>)<br>) |
| Plaintiff, | )  Civil Action No.:  2:16-cv-00486<br>)<br>) |
| v. | )<br>) |
| AM-MED DIABETIC SUPPLIES, INC. and JOHN DOES 1-10, | )<br>)<br>) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, PROGRESSIVE HEALTH AND REHAB CORP., through its undersigned attorneys, hereby dismisses this action with prejudice, class allagations without prejudice, each side to bear its own costs.

    Respectfully submitted,

    PROGRESSIVE HEALTH AND REHAB CORP., INC., a Michigan corporation, individually and as the representative of a class of similarly-situated persons

    By: s/  *Robert E. DeRose*
     Robert E. DeRose – Ohio Bar #005214


    Robert E. DeRose
    BARKAN MEIZLISH HANDELMAN GOODIN DEROSE WENTZ, LLP
    250 E. Broad St., 10th Floor
    Columbus, OH  43215
    Telephone:  614-2221-4221
    Fax:  614-744-2300
    bderose@barkanmeizlish.com

    and

        Brian J. Wanca
        Ryan M. Kelly
        ANDERSON + WANCA
        3701 Algonquin Road, Suite 500
        Rolling Meadows, IL  60008
        Telephone:  847-368-1500
        Fax:  847-368-1501
        bwanca@andersonwanca.com
        rkelly@andersonwanca.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 8, 2016, I electronically filed the foregoing Notice of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

        /s/ *Robert E. DeRose*